THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-MJ-1045-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | AMENDED ORDER |
| | ) | |
| MELCHOR ALBERTO CALDERON-MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. Defendant has moved through counsel to continue the hearing on the Government's motion for pre-trial detention of Defendant for a period of one (1) day [DE-10], which this court has granted. [DE-11]. A probable cause hearing is presently scheduled to be conducted in conjunction with the detention hearing. Defendant's motion, however, did not seek to continue the probable cause hearing. Nevertheless, for the same reasons the court has continued the detention hearing and in the interest of preserving judicial resources, the court continues the probable cause hearing to be held simultaneously as the detention hearing set for Tuesday, 13 March 2012 at 10:30 a.m. in Courtroom 3 of the Alton Lennon Federal Building at Wilmington, North Carolina.

This court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This, the 9th day of March, 2012.

／s／ Robert B. Jones, Jr.
Robert B. Jones, Jr.
United States Magistrate Judge